No. 83–949.   STEPNEY v. CONNECTICUT.   Sup. Ct. Conn. Motion of respondent for damages denied.   Certiorari denied.

No. 83–1140.   ARIZONA ET AL. v. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL.   C. A. 9th Cir.   Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.†

No. 83–5767.   LEATHERWOOD v. MISSISSIPPI.   Sup. Ct. Miss.; No. 83–6084.   MOORE v. BALKCOM, WARDEN, ET AL.   C. A. 11th Cir.; and No. 83–6150.   TAFERO v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.   Reported below: No. 83–5767, 435 So. 2d 645; No. 83–6084, 716 F. 2d 1511 and 722 F. 2d 629; No. 83–6150, 440 So. 2d 350.

JUSTICE BRENNAN, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 82–357.   MICHIGAN v. CLIFFORD ET AL., 464 U. S. 287; No. 83–638.   ALCAN ALUMINUM LTD. v. FRANCHISE TAX BOARD OF CALIFORNIA ET AL., 464 U. S. 1041; No. 83–5581.   GLOVER ET AL. v. ALEXANDER, SECRETARY OF THE ARMY, 464 U. S. 1071; No. 83–5696.   CAULTON v. HOSPITAL OF THE GOOD SAMARITAN ET AL., *ante*, p. 1009; No. 83–5724.   BALTSAVIAS v. HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, 464 U. S. 1050; No. 83–5734.   MARTEL ET AL. v. NEW HAMPSHIRE ET AL., 464 U. S. 1050; and No. 83–5862.   MANKO v. UNITED STATES, *ante*, p. 1010.   Petitions for rehearing denied.

---

†See also note, *supra*, p. 1075.